IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1225 T

(Judge Eric G. Bruggink)

BILL G. CHAPMAN and KATHERINE CHAPMAN,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT MOTION FOR SUSPENSION OF PROCEEDINGS

The parties, through their attorneys, respectfully request that proceedings be suspended in the above-captioned case. In support of this motion, the parties state as follows.

1. On October 11, 2002, the parties filed a joint notice of indirectly-related cases pursuant to RCFC 40.2(b) in 23 cases.[1] The notice recited that the parties intended to select a

[1] *Richard J. Carota v. United States*, Fed. Cl. No. 01-305 T; *Robert J. and Susan L. Isler v. United States*, Fed. Cl. No. 01-344 T; *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 01-358 T; *Robert H. and Joan C. Donaldson v. United States*, Fed. Cl. No. 01-386 T; *William W. Winternitz and Madeleine M. Hill v. United States*, Fed. Cl. No. 01-404 T; *John Y. and Josephine J. Glass v. United States*, Fed. Cl. No. 01-575 T; *Morris A. and Ann M. Weiner v. United States*, Fed. Cl. No. 01-623 T; *Richard E. and Heather H. Dahlberg v. United States*, Fed. Cl. No. 01-720 T; *John J. and Linda E. Vigliotta v. United States*, Fed. Cl. No. 02-13 T; *Robert B. and Nancy L. Wood v. United States*, Fed. Cl. No. 02-56 T; *Ronald C. and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T; *Nassif J. Cannon and Gail F. Barber v. United States*, Fed. Cl. No. 02-61 T; *Lewis C. and Sonia C. Ganter v. United States*, Fed. Cl. No. 02-248 T; *Helen R. Pineo v. United States*, Fed. Cl. No. 02-401 T; *John G. and Gretchen G. Schuler v. United States*, Fed. Cl. No. 02-432 T; *Larry A. Marshall and Mary S. LeMieux Marshall v. United*

representative case or cases and to request a suspension of proceedings in the remaining cases. A copy of the joint notice of indirectly-related cases in *Ronald C. and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T, is attached to this motion as Exhibit A.

2. On January 8, 9, and 10, 2003, the parties filed a joint notice of representative cases in the cases referred to in footnote 1 identifying the following as representative cases:

*Robert J. Isler and Susan L. Isler v. United States,* Fed. Cl. No. 01-344 T

*Jeffrey T. Scuteri v. United States,* Fed. Cl. No. 01-358 T

*Ronald C. Prati and Mary G. Prati v. United States*, Fed. Cl. No. 02-60 T

The notice was also filed in the following cases in which complaints were filed with the Court between October 11, 2002, and January 10, 2003: *Velusami and Purani A. Arumugam v. United States*, Fed. Cl. No. 02-1395 T; *Charanjit Singh Dhillon and Mandy K. Dhillon,* Fed. Cl. No. 02-1477 T; *Stanley C. and Ruth A. Sperling v. United States*, Fed. Cl. No. 02-1523 T; and *Gordon W. and Elizabeth K. Ludwig v. United State*s, Fed. Cl. No. 02-1730 T. A copy of the joint notice of representative cases in *Prati* is attached to this motion as Exhibit B.

3. The joint notice of representative cases requested that the Court suspend proceedings in the cases that were not selected as representative cases. Orders were entered in these cases directing the suspension of proceedings pending a final decision in the representative cases.[2]

---

*States*, Fed. Cl. No. 02-474 T; *Richard J. and Barclay L. Bolen v. United States,* Fed. Cl. No. 02-696 T; *E. Lisk Wyckoff, Jr. v. United States,* Fed. Cl. No. 02-772 T; *Lloyd T. and Mary Ann Whitaker v. United States*, Fed. Cl. No. 02-795 T; *Carmen C. and Emily Mastropieri v. United States*, Fed. Cl. No. 02-910 T; *Mark A. and Ellen S. Koretz v. United States,* Fed. Cl. No. 02-912 T; *Thomas E. and Elinor B. Jones v. United States,* Fed. Cl. No. 02-1079 T; and *David W. and Jane H. Lewis v. United States,* Fed. Cl. No. 02-1080 T.

[2] An order suspending proceedings was also entered in each of the following cases filed after January 10, 2003: *Ira H. and Jane E. Barry, et al. v. United States,* Fed. Cl. No. 03-200 T;

---

*Robert and Lila T. Ehrenbard v. United States*, Fed. Cl. No. 03-1559 T; *C. Palmer and Phyllis B. Jones v. United States,* Fed. Cl. No. 03-2229 T; *Robert G. and Bernice V. Martin v. United States*, Fed. Cl. No. 03-2272 T; *William D. and Sarah M. Montgomery v. United States*, Fed. Cl. No. 03-2273 T; *Richard D. and Darline Johnson v. United States*, Fed. Cl. No. 03-2339 T; *Robert H. and Joan C. Donaldson v. United States,* Fed. Cl. No. 03-2875 T; *Tommy V. and Jacqueline L. Clinton v. United States,* Fed. Cl. No. 04-0116 T; *Charles N. and Lynne K. D'Huyvetter v. United States*, Fed. Cl. No. 04-0117 T; *Elise R. Goldman, Individually and Elise R. Goldman, Independent Executrix of the Estate of Morton J. Goldman v. United States*, Fed. Cl. No. 04-0123 T; *Richard F. and Joan D. Hatton v. United States,* Fed. Cl. No. 04-0127 T; *J. Drayton and Fernanda Hastie v. United States,* Fed. Cl. No. 04-291 T; *H. Dean Cox et. al. v. United States*, Fed. Cl. No. 04-709 T; *Jesse W. and Patricia M. Crocker v. United States*, Fed. Cl. No. 04-903 T; *Stanley J. and Arvilla B. Johnson v. United States*, Fed. Cl. No. 04-908 T; *Larry E. and Peggy A. Tanner v. United States,* Fed. Cl. No. 04-1066 T; *Robert J. and Evelyn M. Davison v. United States,* Fed. Cl. No. 04-1112 T; *Jeffrey T. Scuteri v. United States*, Fed. Cl. No. 04-1160 T; *Jonathan D. Penni v. United States*, Fed. Cl. No. 04-1161 T; *Donald A. and Barbara J. Lyon v. United States*, Fed. Cl. No. 04-1324 T; *Charles M. and Harriett A. Schnepp v. United States,* Fed. Cl. No. 04-1709 T; *Gene E. and Kathy V. Huebner v. United States,* Fed. Cl. No. 04-1742 T; *William H. and Ruby G. Schell v. United States,* Fed. Cl. No. 04-1743 T; *Scott A. and Karen A. Malouf v. United States*, Fed. Cl. No. 04-1744 T; *Hugh J. and Irene F. McMenamin v. United States,* Fed. Cl. No. 04-1745 T; *John Farneti, Jr. and Jerry A. Farneti v. United States*, Fed. Cl. No. 04-1760 T; *Kenneth L. and Jennifer H. Kraemer v. United States,* Fed. Cl. No. 04-1761 T; *Bill G. and Katherine Chapman v. United States,* Fed. Cl. No. 04-1762 T; *Paul G. and Elaine S. Marks v. United States*, Fed. Cl. No. 04-1763 T; *Jerome J. and Velma T. Ungs v. United States*, Fed. Cl. No. 04-1764 T; *Michael D. and Nancy E. Henderson v. United States*, Fed. Cl. No. 04-1765 T; *William H. Horsley v. United States,* Fed. Cl. No. 04-1766 T; *H. Doug and Mary Rutherford v. United States,* Fed. Cl. No. 04-1767 T; *George O. McDaniel, Jr. and Margaret M. McDaniel v. United States*, Fed. Cl. No. 04-1788 T; *Joseph F. Penni, Executor for the Estate of Samuel L. Penni v. United States*, Fed. Cl. No. 04-1818 T; *James J. and Dorothy M. Prendergast v. United States*, Fed. Cl. No. 04-1819 T; *Robert E. and Jean L. Geurkink v. United States,* Fed. Cl. No. 05-24 T; *William C. and Patricia W. Sadd v. United States*, Fed. Cl. No. 05-25 T; *G. Dale and Loretta A. Whittington v. United States*, Fed. Cl. No. 05-220 T; *Charles H. and Kay A. Johnson v. United States,* Fed. Cl. No. 05-221 T; *Thomas C. and Lucy Hall v. United States,* Fed. Cl. No. 05-222 T; *Curtis L. and Doris W. Ivey v. United States,* Fed. Cl. No. 05-223 T; *Martin J. Kirwan v. United States,* Fed. Cl. No. 05-489 T; *Edward H. and Billie F. Miller, et al. v. United States*, Fed. Cl. No. 05-508 T; *Walter S. and Patricia J. Roberts v. United States*, Fed. Cl. No. 05-564 T; *James H. Hubbell v. United States*, Fed. Cl. No. 05-565 T; *Purani and Velusani Arumugam v. United States,* Fed. Cl. No. 05-627 T; *John E. and Anne R. Kettle v. United States,* Fed. Cl. No. 04-683 T (and case consolidated therewith, *George W. Plowman, Individually and as Personal Representative of the Estate of Elizabeth Plowman v. United States*, Fed. Cl. No. 05-695 T); *John Y. and J. Jean Glass v. United States,* Fed. Cl. No. 05-696 T; *Elwood J. and Janice L. LeBlanc v. United States,* Fed. Cl. No. 05-743 T; *James P. Hackett, III and MarySue Hackett v. United States,* Fed. Cl. No. 05-758 T; *Gerald and Kathy*

4. On July 30, 2003, the Court selected *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T, which had been filed with the Court on April 30, 2003, as an additional representative case. On September 14, 2004, the Court heard oral argument, and, pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in *Hinck.* The plaintiffs filed a notice of appeal on March 17, 2005. The appeal was docketed in the United States Court of Appeals for the Federal Circuit on March 24, 2005 (Docket No. 05-5099) and remains pending.

5. On October 8, 2004, the Court heard oral argument in *Isler, Scuteri,* and *Prati*.

6. On November 23, 2004, the plaintiffs in *Isler* served a supplemental brief ["Plaintiffs' Notice of Recent Authority"] concerning the Fifth Circuit's recent decision in the related case of *Weiner v. United States,* 389 F.3d 152 (5th Cir. 2004). Defendant served its response on January 5, 2005. In addition, on December 12, 2005, the United States filed an additional motion for partial dismissal in *Isler*.

7. The Court also selected the following additional cases as representative cases: *Kenneth C. Keener v. United States,* Fed. Cl. No. 03-3028 T; *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T; and *Donald L. and Bettye G. Dismore v. United States*, Fed. Cl. No. 04-1787 T.

---

*Meunier v. United States,* Fed. Cl. No. 05-880 T; *Donald L. Six, Jr. and Mary M. Six v. United States*, Fed. Cl. No. 05-908 T; *William K. And Shirley J. Durr v. United States*, Fed. Cl. No. 05-932 T; *John B. and Georgene T. Morris v. United States,* Fed. Cl. No. 05-933 T; *Robert L. and Joan R. Gilbertson v. United States,* Fed. Cl. No. 05-934 T; *Donald M. Ettelson and Mary Ann Ettelson v. United States,* Fed. Cl. No.05-1004 T; *Louis A. Mitchell and Carol J. Mitchell v. United States,* Fed. Cl. No. 05-1074 T; *Mark K. Glasser and Carol J. Glasser (and Robert Q. Lewis and Susan A. Lewis) v. United States,* Fed. Cl. No. 05-1141 T; *W. Keith and Margaret E. Oehlschlager v. United States,* Fed. Cl. No. 05-1144 T; *Robert E. and Jean L. Geurkink v. United States,* Fed. Cl. No. 05-1145 T.

8. The United States filed a motion to dismiss in *Keener* and *Smith* on November 4, 2005.

9. In *Dismore*, the United States filed a motion to dismiss one of plaintiffs' two claims on January 6, 2006.

10. Since the above-captioned case presents the same issues of fact and law as *Isler, Scuteri*, *Keener*, and *Smith* (four of the seven representative cases), the parties request that proceedings be suspended pending a final decision in *Isler, Scuteri*, *Keener*, and *Smith*.

11. Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

1/20/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

1/20/2006 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

1/20/2006 s/David Gustafson
Date Of Counsel

Attorneys for Defendant