# In the United States Court of Federal Claims

No. 05-1225T
(Filed: May 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
BILL G. CHAPMAN and
KATHERINE CHAPMAN,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby ORDERED that this case is TRANSFERRED to Judge Lawrence J. Block.

IT IS SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge